# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JAN -8 PM 2:26
CLERK____
SO. DIST. OF GA.

RACHEL MCDONALD

_____
Plaintiff

Case No. 4:18-CV-00249-WTM-JEG

v. ICOT HEARING SYSTEMS, LLC
d/b/a LISTENCLEAR, et al.

_____
Defendant

Appearing on behalf of
ICOT HEARING SYSTEMS, LLC d/b/a LISTECLEAR

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __8__ day of __January__, __2019__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Jill Rhodes Johnson |
| Business Address: | Freeman Mathis & Gary, LLP |
| | Firm/Business Name |
| | 100 Galleria Pkwy, Suite 1600 |
| | Street Address |
| | Atlanta, GA 30339 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (770) 818.1409 — Telephone Number (w/ area code) |
| | 602155 — Georgia Bar Number |
| Email Address: | jjohnson@fmglaw.com |