# United States District Court

## *Southern District of Georgia*

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 JAN -9 PM 4:31

CLERK
SO. DIST. OF GA.

RACHEL MCDONALD

_____
Plaintiff

**v.**

ICOT HEARING SYSTEMS, LLC
d/b/a LISTENCLEAR, et al.

_____
Defendant

Case No.   4:18-CV-00249-WTM-JEG

Appearing on behalf of

ICOT HEARING SYSTEMS, LLC d/b/a LISTECLEAR

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This ___9th___ day of ___January___, ___2019___.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Matthew Nolan Foree |
| | _____ |
| Business Address: | Freeman Mathis & Gary, LLP |
| | _____ |
| | Firm/Business Name |
| | 100 Galleria Pkwy, Suite 1600 |
| | _____ |
| | Street Address |

| | Atlanta | GA | 30339 |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (770) 818.4245 | | 268702 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

| | |
|---|---|
| Email Address: | mforee@fmglaw.com |