FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 MAY 17 AM 11: 33
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RACHEL MCDONALD, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV418-249 |
| ICOT HEARING SYSTEMS, LLC d/b/a Listenclear, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 25.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of May 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA